USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 4, 2016

Faiella, n.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

Rosie Rolon,

                                            Plaintiff,

                -against-

CITY OF NEW YORK; Police Officer KYLE SLATER, Shield No. 9805; Sergeant JOSEPH IMPERATRICE, Shield No. 3504; Police Officer ROBERT GALARZA, Shield No. 18301; Police Office KEN LEI, Shield No. 8735; Police Officer SANDRO CHIARLITTI, Shield No. 3356; and JOHN AND JANE DOE 1 through 10, individually and in their official capacities (the names John and Jane Doe being fictitious, as the true names are presently unknown),
                                            Defendants.
------------------------------------------------------------------------ x

**STIPULATION AND ORDER OF DISMISSAL**

15 Civ. 8614 (KPF)

        **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the above-referenced action is hereby dismissed with prejudice.

Dated: New York, New York
           <u>April 29</u>, 2016

HARVIS, WRIGHT, & FETT LLP
*Attorneys for Plaintiff*
305 Broadway, 14th Floor
New York, NY 10007

By: _____
      Gabriel P. Harvis
      *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants City of New York, Imperatrice, and Slater*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
      Tavish Deatley
      *Assistant Corporation Counsel*

SO ORDERED:

_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

Dated: _____<u>May 4</u>, 2016